JACK P. DICANIO (SBN 138782)
Jack.DiCanio@skadden.com
JAMES P. SCHAEFER (SBN 250417)
James.Schaefer@skadden.com
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
525 University Avenue, Suite 1400
Palo Alto, California 94301
Telephone:  (650) 470-4500
Facsimile:   (650) 470-4570

ABRAHAM A. TABAIE (SBN 260727)
Abraham.Tabaie@skadden.com
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
300 South Grand Avenue, Suite 3400
Los Angeles, California 90071-3144
Telephone:  (213) 687-5000
Facsimile:   (213) 687-5600

Attorneys for Plaintiff Criteo S.A.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRITEO S.A.,<br><br>　　　　　　Plaintiff,<br><br>　　　v.<br><br>STEEL HOUSE, INC.,<br><br>　　　　　　Defendant. | CASE NO.: 2:16-cv-4207<br><br>PLAINTIFF CRITEO S.A.'S CORPORATE DISCLOSURE STATEMENT PURSUANT TO FED. R. CIV. P. 7.1<br><br>Complaint Filed:  June 13, 2016 |

Plaintiff Criteo S.A. ("Criteo") submits the following statement of corporate interests and affiliations pursuant to Rule 7.1 of the Federal Rules of Civil Procedure:

Criteo has no parent corporation and no publicly held company owns 10% or more of its stock.

DATED:  June 13, 2016     SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

By: _____*/s/ Jack P. DiCanio*_____
JACK P. DICANIO
Attorneys for Plaintiff
Criteo S.A.

CRITEO S.A.'S CORPORATE DISCLOSURE STATEMENT