1 | JACK P. DICANIO (SBN 138782)
Jack.DiCanio@skadden.com
2 | JAMES P. SCHAEFER (SBN 250417)
James.Schaefer@skadden.com
3 | SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
525 University Avenue, Suite 1400
4 | Palo Alto, California 94301
Telephone: (650) 470-4500
5 | Facsimile:  (650) 470-4570

6 | ABRAHAM A. TABAIE (SBN 260727)
Abraham.Tabaie@skadden.com
7 | MATTHEW J. TAKO (SBN 307013)
Matthew.Tako@skadden.com
8 | SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
300 South Grand Avenue, Suite 3400
9 | Los Angeles, California 90071-3144
Telephone: (213) 687-5000
10 | Facsimile:  (213) 687-5600

11 | Attorneys for Plaintiff Criteo S.A.

12 | UNITED STATES DISTRICT COURT

13 | CENTRAL DISTRICT OF CALIFORNIA

14 | WESTERN DIVISION

15 | CRITEO S.A.,

| CASE NO.: 2:16-cv-4207-SVW-MRW

16 | Plaintiff,

| DECLARATION OF HERSH
ANAND FILED IN SUPPORT OF
17 | v. | PLAINTIFF CRITEO S.A.'S
MOTION FOR PRELIMINARY
18 | STEEL HOUSE, INC., | INJUNCTION

19 | Defendant.

| Hearing Date: August 1, 2016
Time:          1:30 p.m.
20 | | Courtroom:  6
Judge:        Hon. Stephen V. Wilson
21 |

22 | | Complaint Filed: June 13, 2016

23
24
25
26
27
28

## <u>DECLARATION OF HERSH ANAND</u>

I, Hersh Anand, state and declare as follows:

1.      I am currently employed as a Technical Solutions Engineer at Criteo S.A. ("Criteo") on the Tier 1 Technical Services team.  I make this declaration based on my personal knowledge, except where I have indicated otherwise.  If called as a witness, I could and would testify competently and truthfully to these matters.

2.      I obtained a Bachelor of Science degree in Electrical Engineering from the Rochester Institute of Technology in 2011.

3.      Since February 9, 2016, I have been involved in analyzing Criteo's and Steel House, Inc.'s ("SteelHouse's") relative performances during head-to-head comparisons by e-tail clients.  Specifically, I was tasked with trying to determine how SteelHouse generates a large number of clicks attributable to SteelHouse within seconds of valid Criteo clicks.  In performing this task, I personally collected web traffic data using web traffic analysis software (i.e., Telerik® Fiddler™ ("Fiddler")), and captured video and screenshot evidence of SteelHouse counterfeiting clicks.

4.      Fiddler is a web debugging program that captures web traffic "events" to a website, and archives them in a SAZ file that can be reloaded and played back at a later time.

5.      Attached to my declaration as Exhibits 1 through 14 are true and correct copies of the Fiddler logs, videos, and screenshots that I captured when trying to determine how SteelHouse was counterfeiting clicks.

6.      On February 9, 2016, I made a video of SteelHouse injecting code into my web browser to counterfeit a click attributed to SteelHouse after I clicked on a Brilliant Earth advertisement placed on weather.com by Criteo.  (*See* **Exhibit 1**). This video shows that:

(a)      At 00:03 seconds, I typed "weather.com" into the address bar of my internet browser.

Declaration Of Hersh Anand In Support Of Criteo's Motion For Preliminary Injunction

(b)    At 00:05 seconds, as seen in Fiddler event 46, weather.com's website commenced loading into my internet browser.

(c)    At 00:16 seconds, as seen in the Fiddler event tracking on the right side of the screen, Brilliant Earth's marketing vendors began loading advertisements into my internet browser.  These advertisements were being placed by both Criteo and SteelHouse.  This can be seen in Fiddler events 46 through 193 (specifically, events 109, 112, 117, 120, 122, 131, 133, 134, 159, 160, 166, 190, 191, 192, and 193) as they contain the words "criteo" or "steelhousemedia" in the URL column.

(d)    At 00:30 seconds, I clicked on the top advertisement on weather.com for BrilliantEarth.com, which sent me to Brilliant Earth's website.

(e)    At 00:34 seconds, I observed in Fiddler that information was being downloaded to my browser from both Criteo and SteelHouse.  This can be seen in Fiddler events 453, 475, 476, 477 and 481 because they contain the words "criteo" or "steelhouse."

(f)    At 00:56 seconds, I clicked on my internet browser's address bar to indicate where the tracking parameters appear.  I observed that the tracking parameters stated "&utm_source=criteo&", indicating that the advertisement that I clicked on was placed on weather.com by Criteo.

(g)    At 01:04 seconds, I clicked on Fiddler event 589 and observed that the tracking parameters had been changed to "/utm_source=steelhouse". The injected code that appears at Fiddler event 536 caused this change from "criteo" to "steelhouse."  On April 11, 2016, I was able to confirm that SteelHouse was the source of this injected as further explained in my discussion of Exhibit 9.

7.    On February 10, 2016, I made a video of SteelHouse injecting code into my web browser to counterfeit a SteelHouse click following a valid click I made on

Declaration Of Hersh Anand In Support Of Criteo's Motion For Preliminary Injunction

1  an UGG.com advertisement served by Microsoft Bing.  (*See* **Exhibit 2**).  This video
2  shows that:

3  (a)  At 00:01 seconds, I began using Microsoft's Bing search engine to
4      search for UGG's website.

5  (b)  At 00:04 seconds, I searched for the term "Ugg Australia."

6  (c)  At 00:07 seconds, the search results were displayed in my web
7      browser.  A paid search advertisement for UGG.com was the first
8      search result as indicated by the word "Ad" under the words "Official
9      UGG Sale – UGGAustralia.com" and to the left of the green text
10     indicating the internet address of the website
11     "UGGAustralia.com/Sale."

12  (d)  At 00:13 seconds, I clicked on the paid search advertisement for UGG
13     titled "Genuine UGG Comfort" and was directed to the UGG Australia
14     website, as seen at 00:16 seconds.  At the same time, as seen on the
15     right of the screen, I used Fiddler to log both the "events" related to my
16     internet activity and the information that was passed to my internet
17     browser.

18  (e)  Also at 00:13 seconds, I observed my internet browser's address bar
19     reflect that the tracking parameters of my click included
20     "/?source=msn_ppc", indicating that the advertisement I clicked on to
21     go to UGG's internet site was placed by Microsoft Bing (msn:
22     Microsoft Networks) Pay-Per-Click (PPC).

23  (f)  At 00:17 seconds, I observed SteelHouse's servers sending code to my
24     internet browser, as seen in Fiddler events 92 and 102.

25  (g)  At 00:18 seconds, after the code sent by SteelHouse had been executed
26     in my internet browser, my internet browser reflected a new tracking
27     parameter (i.e., "/?source=adn_rt_SH_cart"), as seen in Fiddler event
28     112.

3

Declaration Of Hersh Anand In Support Of Criteo's Motion For Preliminary Injunction

(h)     At 00:38 seconds, I clicked on Fiddler event 112 and was able to determine that SteelHouse was the source of the change in tracking parameters, as seen at 00:41 seconds, where "SH" relates to SteelHouse.

(i)     At 00:50 seconds, I clicked on Fiddler event 44 and was able to confirm that the original tracking parameter when I entered UGG's website was "msn_ppc_sl".

(j)     At 01:02, I clicked on my internet browser's address bar to illustrate that it was displaying the true traffic source of "source=msn_ppc_sl", which matches that of event 44.

(k)     SteelHouse's injected code, appearing in Fiddler event 102, caused this change from "msn_ppc_sl" to "adn_rt_SH_cart".

8.     On February 10, 2016, I used Lightshot to make a screenshot of SteelHouse attempting to take credit for a click on an UGG advertisement placed by Microsoft Bing.  (*See* **Exhibit 3**).  This screenshot shows that my internet browser's address bar has the correct source attribution as ""?source=msn_ppc_sl" and that by pressing F12 on my keyboard to inspect the code in my browser I could see that my visit to UGG was being attributed to SteelHouse, as seen in the highlighted text with tracking parameter ""?source=adn_rt_SH_cart".

9.     On March 24, 2016, I used Screencast-O-Matic to make a video of SteelHouse injecting code into my web browser to counterfeit a SteelHouse click following a valid click I made on an online advertisement for Vistaprint that was placed by Criteo on weather.com.  (*See* **Exhibit 4**).  This video shows:

(a)     At 00:04 seconds, I typed "weather.com" into the address bar of my internet browser.

(b)     At 00:06 seconds, weather.com's website commenced loading into my browser.

4

(c)    At 00:21 seconds, Vistaprint's marketing vendors began loading content into my internet browser as seen in the Fiddler event tracking on the right side of the screen.

(d)    At 00:24 seconds, I scrolled down the internet page of weather.com to the Vistaprint advertisement.

(e)    At 00:35 seconds, I clicked on the advertisement for Vistaprint to be directed to their internet website.

(f)    At 00:38 seconds, SteelHouse's servers began sending information to my internet browser, as seen in Fiddler event 220 on the right side of the screen where it is indicated by my mouse cursor.

(g)    At 00:41 seconds, I clicked Fiddler event 202.  Fiddler event 202 was assigned to my visit to Vistaprint prior to the SteelHouse server downloads reflected in Fiddler event 220 occurring.  I observed that the tracking parameters recorded in Fiddler event 202 showed the source of my visit to Vistaprint as "1115158942."  By cross-referencing, I subsequently determined that "1115158942" was the tracking code assigned by Vistaprint to Criteo.

(h)    At 00:47 seconds, Vistaprint's website is automatically refreshed to back to their gateway page, but the "S" parameter is set to "1812616873" in the URL address.  Here, I was sent back to the gateway page because Vistaprint is the only Criteo client within this declaration that requires an ad click to be funneled through their gateway filter first, so that Vistaprint can track who the referrer is before sending the internet user to the destination page.

(i)    At 00:53 seconds, I clicked on Fiddler event 247, which occurred after SteelHouse's servers downloaded information to my internet browser. I observed that the tracking parameters for my visit to Vistaprint had

Declaration Of Hersh Anand In Support Of Criteo's Motion For Preliminary Injunction

1  now changed to "1812616873," which, through cross-referencing, I
2  determined was the tracking code assigned to SteelHouse.

3      10.    On March 31, 2016, I used Lightshot to make a screenshot of
4  SteelHouse counterfeiting a SteelHouse click after a valid click attributable to an
5  advertisement placed for Vistaprint by Criteo.  (*See* **Exhibit 5**).  The boxes
6  highlighted in red in this screenshot show the change in the tracking parameters
7  related to my visit to Vistaprint caused by SteelHouse injecting code into my internet
8  browser that changed the tracking code from "5070193701" at Fiddler event 3923, to
9  "1812616873" at Fiddler event 4018.

10      11.    On May 16, 2016, I used Screencast-O-Matic to make a video of
11  SteelHouse injecting code into my web browser to counterfeit a SteelHouse click
12  following a valid click I made on an online advertisement for Nike.com that was
13  placed by Criteo on weather.com.  (*See* **Exhibit 6**).  This video shows:

14      (a)    At 00:02 seconds, I typed "weather.com" into the address bar of my
15  internet browser.

16      (b)    At 00:05 seconds, weather.com commenced loading into my internet
17  browser.

18      (c)    At 00:17 seconds, Nike.com advertisements were displayed at the top
19  of my internet page and to the bottom right.

20      (d)    At 00:21 seconds, I scrolled drown through the weather.com website to
21  see the other advertisements for Nike.com.

22      (e)    At 00:34 seconds, I returned to the top of the weather.com website and
23  clicked on the advertisement banner for Nike.com to be taken to the
24  Nike.com website.

25      (f)    At 00:35 seconds, I observed my browser downloading information
26  from Nike.com as seen in the Fiddler event log on the right side of the
27  screen.

28

Declaration Of Hersh Anand In Support Of Criteo's Motion For Preliminary Injunction

(g)     At 01:19, I clicked on event 112 in the Fiddler event log to observe the tracking parameter contained in the URL when I arrived at Nike.com.

(h)     At 01:23, the tracking source is shown as "cp" (a reference Nike.com uses referring to source traffic) and with value "usns_ad_nik_050916_mln_cto_x_x…".  "cto" is Nike.com's tracking code for Criteo.

(i)     I then scrolled down to event 189 in the Fiddler event log to observe the tracking parameter of my visit to Nike.com after the SteelHouse data was downloaded to my browser in line 177 and observed that the source ("cp") had a new value of "usns_ad_nik_050916_mln_sth_x_x…", where the "sth" related to SteelHouse.

12.     On May 18, 2016, I used Screencast-O-Matic to make a video of SteelHouse injecting code into my web browser to counterfeit a SteelHouse click following a valid click I made on an online advertisement for Nike placed by Criteo on weather.com.  (*See* **Exhibit 7**).  This video shows:

(a)     At 00:01 seconds, I typed "weather.com" into the address bar of my internet browser.

(b)     At 00:03 seconds, weather.com's website commenced loading into my internet browser.

(c)     At 00:12 seconds, advertisements for Nike.com are displayed in my internet browser.

(d)     At 00:15 seconds, I scrolled down through weather.com's website to observe the advertisements for Nike.com.

(f)     At 00:27 seconds, I clicked the AdChoices button on the banner to verify that the advertisement was originating from SteelHouse.

Declaration Of Hersh Anand In Support Of Criteo's Motion For Preliminary Injunction

(g)    At 00:30 seconds, I opened a new internet tab (without clicking on the advertisement of SteelHouse) and typed into my browsers URL bar "Nike.com" and pressed "enter" on my keyboard at 00:35 seconds.

(h)    At 00:37 seconds, I observed the website of bodybuilding.com opening and the Fiddler event log collecting information about data being downloaded by my internet browser.

(i)    At 00:49 seconds, I clicked on Fiddler event 263 to observe that my internet browser was attributing a SteelHouse banner advertisement as the source of my visit to Nike.com's web, as can be seen in the URL in Fiddler event 263 which contains the following tracking parameters "usns_ad_nik_042816_mln_sth_men_trn_free16_trainforce_x_x_x". SteelHouse's banner advertisement was attributed as the source of my visit despite the fact that I never clicked on SteelHouse's advertisement.

13.    On May 18, 2016, I used Fiddler to capture an event log of SteelHouse injecting code into my internet browser to counterfeit a SteelHouse click for Nike. (*See* **Exhibit 8**).   The Fiddler event log shows:

(a)    At Fiddler event 255, SteelHouse's code caused my internet browser to make a second call to SteelHouse's servers.  The code returned by SteelHouse's servers in response to this second call contained JavaScript iFrame code used to counterfeit a SteelHouse click.  This was observed by clicking on Fiddler event 255, entering the "Inspectors" tab, followed by "TextView," and then clicking on "Decode."

//
//
//
//

**Screenshot of Fiddler Event 255**



(b)   At Fiddler event 260, I observed that my internet browser was now attributing my visit to a SteelHouse advertisement indicated by the URL column stating "usns_ad_nik_042816_mln_sth_men_trn_freel6_trainforce_x_x_x", though no advertisement was clicked.

**Screenshot of Fiddler Event 260**



Declaration Of Hersh Anand In Support Of Criteo's Motion For Preliminary Injunction

14.    On April 11, 2016, I used Fiddler to capture an event log of SteelHouse injecting code into my internet browser to counterfeit a SteelHouse click after a valid click on a Brilliant Earth advertisement placed on weather.com by Criteo.  (*See* **Exhibit 9**.)  The Fiddler event log shows:

      (a)    I typed "weather.com" into the address bar of my internet browser, as seen at Fiddler event 2.

**Screenshot of Fiddler Event 2**



      (b)    I clicked on a Brilliant Earth advertisement placed by Criteo on weather.com, as seen at Fiddler event 115 where the recorded URL contains the following tracking parameter and code: "&utm_source=criteo".

//

//

//

//

//

Declaration Of Hersh Anand In Support Of Criteo's Motion For Preliminary Injunction

**Screenshot of Fiddler Event 115**



(c)     At Fiddler event 129, SteelHouse's code, placed on Brilliant Earth's web servers and downloaded to my internet browser with the code needed to display Brilliant Earth's website, triggered a call from my internet browser to SteelHouse's servers. This call notified SteelHouse's servers of my visit to Brilliant Earth website and provided SteelHouse's servers with information about my visit. The information sent to SteelHouse's servers at this point contained a tracking code accurately reflecting that I reached Brilliant Earth's website by clicking on a Criteo placed advertisement, as seen in the URL contained in Fiddler event 129 where it states "utm_source%3Dcriteo%3D".

//
//
//
//
//

Declaration Of Hersh Anand In Support Of Criteo's Motion For Preliminary Injunction

**Screenshot of Fiddler Event 129**



(d)  At Fiddler event 154, SteelHouse's code caused my internet browser to make a second call to SteelHouse's servers. The code returned by SteelHouse in response to this second call contained the JavaScript iFrame code used to counterfeit a SteelHouse click. This can be seen by clicking on Fiddler event 154, entering the "Inspectors" tab in Fiddler, followed by "TextView," and then clicking on "Decode".

//

//

//

//

//

//

//

//

//

//

//

//

//

//

//

Declaration Of Hersh Anand In Support Of Criteo's Motion For Preliminary Injunction

**Screenshot of Fiddler Event 154**



(e)    At Fiddler event 223, approximately 10 seconds after Fiddler event 154, the tracking parameters for my visit to Brilliant Earth's website were changed by the SteelHouse code injected at Fiddler event 154 to "/?utm_source=steelhouse".

**Screenshot of Fiddler Event 223**



Declaration Of Hersh Anand In Support Of Criteo's Motion For Preliminary Injunction

1  This change occurred without me ever clicking on an advertisement for

2  Brilliant Earth that was placed by SteelHouse.

3  15.    On April 14, 2016, I used Fiddler to capture an event log of SteelHouse

4  injecting code into my internet browser to counterfeit a SteelHouse after a click after

5  a visit to Vistaprint's website attributable to Microsoft Bing Search.  (*See* **Exhibit**

6  **10**).  The Fiddler event log shows:

7  (a)    At Fiddler event 25, I typed "Vistaprint" into the Microsoft Bing

8  Search Engine.

9  **Screenshot of Fiddler Event 25**



22  (b)    I then clicked on an advertisement delivered to Bing.com by MSN, as

23  seen at Fiddler event 36 where it states in the tracking parameter the

24  source was "?S=5070193701".  Through cross-referencing, I

25  determined that this is MSN's tracking code.

26  //

27  //

28  //

Declaration Of Hersh Anand In Support Of Criteo's Motion For Preliminary Injunction

**Screenshot of Fiddler Event 36**



(c)    At Fiddler event 57, SteelHouse's code, placed on Vistaprint's web servers and downloaded to my internet browser with the code needed to display Vistaprint's website, triggered a call from my internet browser to SteelHouse's servers.  This call notified SteelHouse's servers of my visit to Vistaprint's website and provided SteelHouse's servers with information about my visit.  The information sent to SteelHouse's servers at this point contained a tracking code accurately reflecting that I reached Vistaprint's website by clicking an advertisement provided to Bing by MSN, as seen in the URL of the same line stating "…s%3D5070193701…".

//
//
//
//
//

Declaration Of Hersh Anand In Support Of Criteo's Motion For Preliminary Injunction

**Screenshot of Fiddler Event 57**



(d)     At Fiddler event 83, SteelHouse's code caused my internet browser to make a second call to SteelHouse's servers.  The code returned by SteelHouse's servers in response to this second call contained JavaScript iFrame code used to counterfeit a SteelHouse click.  This can be seen by clicking on Fiddler event 83, entering the "Inspectors" tab, followed by the "TextView," and then clicking on "Decode."

//
//
//
//
//
//
//
//
//
//
//

Declaration Of Hersh Anand In Support Of Criteo's Motion For Preliminary Injunction

**Screenshot of Fiddler Event 83**



(e)    At Fiddler event 86, less than 1 second later, the tracking parameters for my visit to Vistaprint's website were changed by the SteelHouse code injected at Fiddler event 83 to "?S=1812616873," which through cross-referencing I determined was SteelHouse's tracking code.

**Screenshot of Fiddler Event 86**



Declaration Of Hersh Anand In Support Of Criteo's Motion For Preliminary Injunction

1   This change occurred without me ever clicking on an advertisement for

2   Vistaprint placed by SteelHouse.

3   16.   On May 16, 2016, I used Fiddler to capture an event log of SteelHouse

4   injecting code into my internet browser to counterfeit a SteelHouse click after a visit

5   to Nike's website attributable to a Criteo click.  (*See* **Exhibit 11**).  The Fiddler event

6   log shows:

7   (a)   I typed "weather.com" into my internet browser to go to weather.com's

8   website.

9   (b)   At Fiddler event 14, I clicked on an advertisement delivered to

10   weather.com by Criteo, as reflected by "cto" in the tracking parameters

11   in the logged URL: "cp=usns_ad_nik_050916_mln_cto_x_...".

**Screenshot of Fiddler Event 14**



25   (c)   At Fiddler event 43, SteelHouse's code, placed on Nike.com's web

26   servers and downloaded to my internet browser with the code needed

27   to display Nike.com's website, triggered a call from my internet

28   browser to SteelHouse's servers.  This call notified SteelHouse's

Declaration Of Hersh Anand In Support Of Criteo's Motion For Preliminary Injunction

1   servers of my visit to Nike.com's website and provided SteelHouse's

2   servers with information about my visit.  The information sent to

3   SteelHouse's servers at this point contained a tracking code accurately

4   reflecting that I reached Nike.com's website by clicking an

5   advertisement for Nike.com placed by Criteo on weather.com, as seen

6   in the URL of the same line containing

7   "cp%3Dusns_ad_nik_050916_mln_cto_x_...".

8   **Screenshot of Fiddler Event 43**



9

10

11

12

13

14

15

16

17

18

19

20

21   (d)   At Fiddler event 52, SteelHouse's code caused my internet browser to

22        make a second call to SteelHouse's servers.  The code returned by

23        SteelHouse's servers in response to this second call contained

24        JavaScript iFrame code used to counterfeit a SteelHouse click.  This

25        was observed by clicking on Fiddler event 52, entering the "Inspectors"

26        tab, followed by "TextView," and then clicking on "Decode."

27   //

28   //

Declaration Of Hersh Anand In Support Of Criteo's Motion For Preliminary Injunction

**Screenshot of Fiddler Event 52**



(e)    Less than 1 second later, at Fiddler event 54, I observed the tracking parameters of my browser had changed and now stated "cp=usns_ad_nik_050916_mln_sth_x_...", indicating that SteelHouse's code inserted at Fiddler event 52 changed the source from Criteo to SteelHouse.

Declaration Of Hersh Anand In Support Of Criteo's Motion For Preliminary Injunction

**Screenshot of Fiddler Event 54**



17.     On May 16, 2016, I used Lightshot to make a screenshot of SteelHouse counterfeiting a SteelHouse click after I clicked on an advertisement for Nike.com placed on weather.com by Criteo.  (*See* **Exhibit 12**).  This screenshot shows that the URL in the address bar of my internet browser has the correct source attribution (*i.e.*, "cp=usns_ad_nik_050916_mln_cto_x_...", with "cto" being the tracking code assigned to Criteo).  However, pressing F12 on my keyboard to inspect the code underlying the internet page revealed that my visit to Nike.com was actually being attributed to SteelHouse, as seen in the highlighted text and second red box with tracking parameter "cp=usns_ad_nik_050916_mln_sth_x_...".

18.     On June 8, 2016, I used Screencast-O-Matic to make a video of SteelHouse injecting code into my web browser to counterfeit a SteelHouse click following a valid click I made on an online advertisement for bodybuilding.com placed by Criteo on weather.com.  (*See* **Exhibit 13**).  This video shows:

(a)     At 00:01 seconds, I typed "weather.com" into the address bar of my internet browser.

21

(b)    At 00:03 seconds, weather.com's website commenced loading into my internet browser.

(c)    At 00:11 seconds, advertisements for bodybuilding.com are displayed in my internet browser.

(d)    At 00:15 seconds, I scrolled down through weather.com's website to observe the advertisements for bodybuilding.com.

(e)    At 00:35 seconds, I reached the bottom of the website for weather.com. I then right clicked on an advertisement to "inspect element" to verify that the advertisement was placed by SteelHouse on weather.com. This allowed me to see at 00:42 seconds that the source of the advertisement was SteelHouse, which I indicate with my mouse cursor at the same point in time.

(f)    At 00:48 seconds, I opened a new internet tab (without clicking on the advertisement of SteelHouse) and typed into my browsers URL bar "bodybuilding.com" and pressed "enter" on my keyboard at 00:50 seconds.

(g)    At 00:51 seconds, I observed the website of bodybuilding.com opening and the Fiddler event log collecting information about data being downloaded by my internet browser.

(h)    At 01:22 seconds, I clicked on Fiddler event 230 to observe that my internet browser was attributing a SteelHouse banner advertisement as the source of my visit to bodybuilding.com's website, as can be seen in the URL in Fiddler event 230 which contains the following tracking parameters "/store?mcid=RT_SH_DISPLAY_MOBILE". SteelHouse's banner advertisement was attributed as the source of my visit despite the fact that I never clicked on SteelHouse's advertisement.

19.     On June 8, 2016, I used Fiddler to capture an event log of SteelHouse injecting code into my internet browser to counterfeit a SteelHouse click when I visited the bodybuilding.com website directly.  (*See* **Exhibit 14**).  The Fiddler event log shows:

(a)     At Fiddler event 98, I typed "bodybuilding.com" into my internet browser's address bar

**Screenshot of Fiddler Event 98**



(b)     At Fiddler event 99, I observed that my resulting visit to bodybuilding.com had no tracking parameters in the logged URL.  This is standard for all direct traffic to a website.

//

//

//

//

//

//

Declaration Of Hersh Anand In Support Of Criteo's Motion For Preliminary Injunction

**Screenshot of Fiddler Event 99**



(c)     At Fiddler event 178, SteelHouse's code caused my internet browser to make a second call to SteelHouse's servers. The code returned by SteelHouse's servers in response to this second call contained JavaScript iFrame code used to counterfeit a SteelHouse click. This was observed by clicking on Fiddler event 178, entering the "Inspectors" tab, followed by "TextView," and then clicking on "Decode."

//

//

//

//

//

//

//

//

Declaration Of Hersh Anand In Support Of Criteo's Motion For Preliminary Injunction

**Screenshot of Fiddler Event 178**



(d)     Approximately 1 second later, at Fiddler event 231, I observed that my internet browser was now attributing my visit to a SteelHouse advertisement indicated by the URL column stating "/store?mcid=RT_SH_DISPLAY_MOBILE".

**Screenshot of Fiddler Event 231**



Declaration Of Hersh Anand In Support Of Criteo's Motion For Preliminary Injunction

20.     I provided the videos, screenshots, and Fiddler logs described above to Robert Shaw, Senior Product Manager for Competition at Criteo, and Ankit Patel, Manager, Technical Solutions at Criteo, for them to review and analyze.

21.     As of today, I have spent approximately 162 hours on work related to SteelHouse's counterfeit click fraud.

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct.

Executed on July 1, 2016 at New York, New York.

Hersh Anand

# EXHIBIT 3



Exhibit 3

# EXHIBIT 5



Exhibit 5

# EXHIBIT 12



Exhibit 12