1   LATHAM & WATKINS LLP
        Daniel Scott Schecter (Bar No. 171472)
2         *Daniel.Schecter@lw.com*
        Laura R. Washington (Bar No. 266775)
3         *Laura.Washington@lw.com*
        Elizabeth A. Greenman (Bar No. 308488)
4         *Elizabeth.Greenman@lw.com*
    10250 Constellation Blvd, Suite 11000
5   Los Angeles, California 90067
    Telephone: +1.424.653.5500
6   Facsimile: +1.424.653.5501

7   Attorneys for Defendant
    Steel House, Inc.
8
    JACK P. DICANIO (SBN 138782)
9   Jack.DiCanio@skadden.com
    JAMES P. SCHAEFER (SBN 250417)
10  James.Schaefer@skadden.com
    SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
11  525 University Avenue, Suite 1400
    Palo Alto, California 94301
12  Telephone: (650) 470-4500
    Facsimile: (650) 470-4570
13
    ABRAHAM A. TABAIE (SBN 260727)
14  Abraham.Tabaie@skadden.com
    SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
15  300 South Grand Avenue, Suite 3400
    Los Angeles, California 90071-3144
16  Telephone: (213) 687-5000
    Facsimile: (213) 687-5600
17
    Attorneys for Plaintiff Criteo S.A.
18

**FILED**
CLERK, U.S. DISTRICT COURT
July 7, 2016
CENTRAL DISTRICT OF CALIFORNIA
BY: CR DEPUTY

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRITEO S.A., <br><br>           Plaintiff, <br><br>      v. <br><br> STEEL HOUSE, INC., <br><br>           Defendant. | CASE NO. 2:16-CV-4207 SVW (MRWx) <br><br> **ORDER GRANTING JOINT STIPULATION TO MODIFY BRIEFING SCHEDULE FOR PRELIMINARY INJUNCTION AND MOTION TO DISMISS** <br><br> Hon. Stephen V. Wilson <br><br> Complaint served: July 5, 2016 <br> Current hearing Date: August 1, 2016, 1:30 pm <br> New hearing date: August 29, 2016, 1:30 pm |

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
LOS ANGELES

ORDER GRANTING JOINT STIPULATION TO MODIFY
BRIEFING SCHEDULE FOR PRELIMINARY INJUNCTION
AND MOTION TO DISMISS

1  WHEREAS, Plaintiff Criteo S.A. ("Criteo") and Defendant Steel House, Inc.
2  ("SteelHouse") have jointly stipulated to modify the briefing schedule for Criteo's Motion for
3  Preliminary Injunction (the "PI Motion") and to the briefing schedule for a motion to dismiss;
4  and
5  WHEREAS, good cause having been shown;
6  THEREFORE, the Court hereby grants the Joint Stipulation to the following briefing
7  schedule for the PI Motion:
8      1.    SteelHouse shall have until July 25, 2016, to file its Opposition to the PI Motion.
9      2.    Criteo shall have until August 15, 2016, to file a Reply in support of the PI
10 Motion.
11     3.    The hearing date for the PI Motion shall be August 29, 2016 at 1:30 p.m., or as
12 soon thereafter as the Court can hear the motion.
13 If SteelHouse elects to file a Motion to Dismiss (due on or before July 26, 2016), the
14 Court herby grants the Joint Stipulation to the following briefing schedule:
15     1.    Criteo shall have until August 5, 2016, to file its Opposition.
16     2.    SteelHouse shall have until August 15, 2016, to file a Reply.
17     3.    The hearing date for the Motion to Dismiss shall be the same as the hearing date
18 for the PI Motion.
19
20
21 **IT IS SO ORDERED.**
22 Dated: July 7, 2016

                                                                         Hon. Stephen V. Wilson
                                                                         United States District Judge

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
LOS ANGELES

2

ORDER GRANTING JOINT STIPULATION TO MODIFY
BRIEFING SCHEDULE FOR PRELIMINARY INJUNCTION
AND MOTION TO DISMISS