JACK P. DICANIO (SBN 138782)
Jack.DiCanio@skadden.com
JAMES P. SCHAEFER (SBN 250417)
James.Schaefer@skadden.com
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
525 University Avenue, Suite 1400
Palo Alto, California 94301
Telephone:  (650) 470-4500
Facsimile:   (650) 470-4570

ABRAHAM A. TABAIE (SBN 260727)
Abraham.Tabaie@skadden.com
WINSTON P. HSIAO (SBN 273638)
Winston.Hsiao@skadden.com
MATTHEW J. TAKO (SBN 307013)
Matthew.Tako@skadden.com
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
300 South Grand Avenue, Suite 3400
Los Angeles, California 90071-3144
Telephone:  (213) 687-5000
Facsimile:   (213) 687-5600

Attorneys for Plaintiff Criteo S.A.

DANIEL S. SCHECTER (SBN 171472)
Daniel.Schecter@lw.com
MARVIN S. PUTNAM (SBN 212839)
Marvin.Putnam@lw.com
LAURA R. WASHINGTON (SBN 266775)
Laura.Washington@lw.com
LATHAM & WATKINS LLP
10250 Constellation Blvd, Suite 1100
Los Angeles, California 900067
Telephone:  (424) 653-5500
Facsimile:   (424) 653-5501

Attorneys for Defendant Steel House, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| CRITEO S.A., <br><br> Plaintiff, <br><br> v. <br><br> STEEL HOUSE, INC., <br><br> Defendant. | CASE NO.: 2:16-cv-4207-SVW-MRW <br><br> **JOINT STIPULATION TO CONTINUE THE HEARING ON PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION** <br><br> Judge:  Hon. Stephen V. Wilson |

| | |
|---|---|
| | ) Complaint Filed: June 13, 2016 |
| | ) Trial Date: Not Yet Determined |
| | ) |
| | ) Preliminary Injunction Filed: July 1, 2016 |
| | ) Current Hearing Date: September 26, |
| | ) 2016, 1:30 pm |

STEEL HOUSE, INC.,

        Counter-Claimant,

    v.

CRITEO S.A.,

        Counter-Defendant.

WHEREAS, Plaintiff and Counter-Defendant Criteo S.A.'s ("Criteo") Motion for Preliminary Injunction currently is scheduled for hearing on September 26, 2016;

WHEREAS, Criteo and SteelHouse are engaged in productive settlement discussions to resolve all outstanding claims and counterclaims between the parties;

WHEREAS, in furtherance of the settlement discussions the parties seek to continue the hearing on the Motion for Preliminary Injunction by one week from the date of this Stipulation;

Criteo and SteelHouse, by and through their undersigned counsel, hereby stipulate to and request an order, as follows:

1. The hearing date for Criteo's Motion for Preliminary Injunction will be continued by one week from the date of this Stipulation.

DATED: September 23, 2016     Respectfully submitted,

By: */s/ Jack P. DiCanio*
JACK P. DICANIO
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

The filer attests that the other signatory listed, on whose behalf this filing is submitted, concurs in the filing's content and has authorized the filing.

Attorneys for Plaintiff Criteo S.A.

By: */s/ Daniel S. Schecter*
DANIEL S. SCHECTER
LATHAM &WATKINS LLP

Attorneys for Defendant Steel House, Inc.