UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 16-04207-SVW-MRWx | Date | October 5, 2016 |
|---|---|---|---|
| Title | *Criteo S.A. v. Steel House, Inc.* | | |

| Present: The Honorable | STEPHEN V. WILSON, U.S. DISTRICT JUDGE |
|---|---|

| Paul M. Cruz | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| N/A | N/A |

**Proceedings:** IN CHAMBERS ORDER ALLOWING TEN DAYS FOR A SURREPLY AND SCHEDULING MOTION HEARING

    After considering the briefs from both parties, this Court will allow Steel House to issue a surreply due by the end of the day on October 17, 2016.

    This Court will also schedule a motion hearing on the preliminary injunction [14] for October 31, 2016 at 1:30 p.m.

|  | : |
|---|---|
| Initials of Preparer | PMC |