JS-6

1  JACK P. DICANIO (SBN 138782)
   Jack.DiCanio@skadden.com
2  JAMES P. SCHAEFER (SBN 250417)
   James.Schaefer@skadden.com
3  SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
   525 University Avenue, Suite 1400
4  Palo Alto, California 94301
   Telephone:  (650) 470-4500
5  Facsimile:   (650) 470-4570

6  ABRAHAM A. TABAIE (SBN 260727)
   Abraham.Tabaie@skadden.com
7  WINSTON P. HSIAO (SBN 273638)
   Winston.Hsiao@skadden.com
8  MATTHEW J. TAKO (SBN 307013)
   Matthew.Tako@skadden.com
9  SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
   300 South Grand Avenue, Suite 3400
10 Los Angeles, California 90071-3144
   Telephone:  (213) 687-5000
11 Facsimile:   (213) 687-5600

12 Attorneys for Plaintiff and
   Counter-Defendant Criteo S.A.
13
   MARVIN S. PUTNAM (SBN 212839)
14 Marvin.Putnam@lw.com
   DANIEL S. SCHECTER (SBN 171472)
15 Daniel.Schecter@lw.com
   LAURA R. WASHINGTON (SBN 266775)
16 Laura.Washington@lw.com
   LATHAM & WATKINS LLP
17 10250 Constellation Blvd, Suite 1100
   Los Angeles, California 900067
18 Telephone:  (424) 653-5500
   Facsimile:   (424) 653-5501
19
   Attorneys for Defendant and
20 Counter-Claimant Steel House, Inc.

21              UNITED STATES DISTRICT COURT

22             CENTRAL DISTRICT OF CALIFORNIA

23                     WESTERN DIVISION

24 CRITEO S.A.,                    ) CASE NO.: 2:16-cv-4207-SVW-MRW
                                   )  ORDER ON:
25                   Plaintiff,    ) **JOINT STIPULATION TO DISMISS**
                                   ) **ACTION WITH PREJUDICE**
26          v.                     )
                                   )
27 STEEL HOUSE, INC.,              ) Judge:  Hon. Stephen V. Wilson
                                   )
28                                 ) Complaint Filed:  June 13, 2016
                  Defendant.       ) Trial Date:  Not Yet Determined

| | |
|---|---|
| STEEL HOUSE, INC.,<br><br>               Counter-Claimant,<br><br>        v.<br><br>CRITEO S.A.,<br><br>               Counter-Defendant. | ) ) ) ) ) ) ) ) ) ) ) |

Amended Counterclaims Filed:
September 20, 2016

WHEREAS, on June 13, 2016, Plaintiff Criteo S.A. ("Criteo") filed its Complaint against Defendant Steel House, Inc. ("SteelHouse") (the "Complaint") (Dkt. 1);

WHEREAS, on July 1, 2016, Criteo filed a Motion for Preliminary Injunction (Dkt. 14);

WHEREAS, on July 5, 2016, the parties filed a joint stipulation to modify the briefing schedule for the Motion for Preliminary Injunction (Dkt. 17) and the Court granted the stipulation on July 7, 2016 (Dkt. 18);

WHEREAS, on July 25, 2016, SteelHouse filed its Opposition to Criteo's Motion for Preliminary Injunction (Dkt. 19);

WHEREAS, SteelHouse filed an answer and counterclaims against Criteo on July 26, 2016 (Dkt. 21);

WHEREAS, on August 15, 2016, Criteo filed a Motion to Dismiss Counterclaims and Strike Affirmative Defenses (Dkt. 23);

WHEREAS, on August 15, 2016, Criteo filed its Reply in support of the Motion for Preliminary Injunction (Dkt. 25);

WHEREAS, on August 17, 2017, the Court issued an order moving the hearing on the Motion for Preliminary Injunction from August 29, 2016 to September 12, 2016 (Dkt. 27);

WHEREAS, on August 22, 2016, SteelHouse filed a Notice of Intent to File Amended Answer and Counterclaims and Non-Opposition to Criteo's Motion to Dismiss Counterclaims and Strike Affirmative Defenses (Dkt. 28);

WHEREAS, on September 7, 2016, the parties filed a joint stipulation to continue the hearing on the Motion for Preliminary Injunction and the time for SteelHouse to file an amended Answer and counterclaims (Dkt. 32), and on September 7, 2016, the Court granted the stipulation and continued the hearing on the

Motion for Preliminary Injunction to September 26, 2016 and extended SteelHouse's deadline to file an amended pleading to September 20, 2016 (Dkt. 34);

WHEREAS, on September 20, 2016, SteelHouse filed an Amended Answer and Counterclaims (the "Counter-Complaint") (Dkt. 36);

WHEREAS, on September 23, 2016, the parties filed a joint stipulation to continue the hearing date on the Motion for Preliminary Injunction by one week (Dkt. 38);

WHEREAS, on September 26, 2016, the Court entered an order holding the Motion for Preliminary Injunction was suitable for determination without oral argument, and vacating the September 26, 2016 hearing date (Dkt. 39);

WHEREAS, on October 4, 2016, Criteo filed a Motion to Dismiss Amended Counterclaims and Strike Affirmative Defenses (Dkt. 40);

WHEREAS, on October 5, 2016, the Court entered an order allowing SteelHouse to file a surreply to Criteo's Motion for Preliminary Injunction by October 17, 2016 and resetting a hearing on Criteo's Motion for Preliminary Injunction on October 31, 2016 (Dkt. 41);

WHEREAS, on October 14, 2016, SteelHouse filed its Opposition to Criteo's Motion to Dismiss and Strike (Dkt. 42);

WHEREAS, on October 17, 2016 , SteelHouse filed its Surreply in Opposition to Criteo's Motion for Preliminary Injunction (Dkt. 43);

WHEREAS, on October 24, 2016, Criteo filed its Reply in support of its Motion to Dismiss and Strike (Dkt. 44), and a hearing on Criteo's Motion to Dismiss and Strike is currently scheduled for November 7, 2016;

WHEREAS, on October 27, 2016, the Court denied Criteo's Motion for Preliminary Injunction (Dkt. 45);

WHEREAS, Criteo and SteelHouse have reached a settlement to resolve all outstanding claims and counterclaims between the parties;

1   WHEREAS, Criteo has agreed to dismiss its Complaint against SteelHouse
2   with prejudice, and SteelHouse has agreed to dismiss its Counter-Complaint against
3   Criteo with prejudice;

4   WHEREAS, pursuant to Federal Rule of Civil Procedure 41(a), Criteo and
5   SteelHouse request that the action be dismissed in its entirety with prejudice as to
6   both parties.

7   Accordingly, it is hereby stipulated and agreed that this action be dismissed by
8   the Court with prejudice immediately.

9

10

11  DATED:  November 1, 2016          Respectfully submitted,

12                                    By:  _____
                                               /s/ Jack P. DiCanio
13                                          Jack P. DiCanio
                                          SKADDEN, ARPS, SLATE, MEAGHER
14                                               & FLOM LLP

15                                    The filer attests that the other signatory listed, on
                                      whose behalf this filing is submitted, concurs in the
16                                    filing's content and has authorized the filing.

17                                    Attorneys for Plaintiff Criteo S.A.

18                                    By:  _____
                                               /s/ Marvin S. Putnam
19                                          Marvin S. Putnam
                                          LATHAM & WATKINS LLP

20                                    Attorneys for Defendant Steel House, Inc.

21

22  IT IS SO ORDERED.

23  DATED: _____
                    November 2, 2016

24

25  _____

26  STEPHEN V. WILSON
    UNITED STATES DISTRICT JUDGE

27

28

                                3